# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

OMAR MENDEZ-GARCIA,

        Defendant.

CR NO: 1:17-cr-00023-DAD-BAM

**FILED MAR 23 2017 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY DEPUTY CLERK**

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: Omar Mendez-Garcia

Detained at: _____

Detainee is:
- a.) ☐ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint charging detainee with: 8 U.S.C. § 1326(a), (b)(1)
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☒ return to the custody of detaining facility upon termination of proceedings
- or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ Ross Pearson
Printed Name & Phone No: ROSS PEARSON
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 3/23/17

Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if ...) | Omar Mendez Garcia | ☒ Male ☐ Female | |
| Booking or CDC #: | AZ8774 | DOB: | 11/6/1985 |
| Facility Address: | Hwy. 101 North, Soledad, CA 93960 | Race: | HISPANIC |
| Facility Phone: | (831) 678-3951 | FBI#: | 684504HC9 |
| Currently | | | |

### RETURN OF SERVICE

Executed on: _____     _____
                                      (signature)