HEATHER E. WILLIAMS, Bar#122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
OMAR MENDEZ-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-CR-00023-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | Date: June 19, 2017<br>Time: 10:00 a.m.<br>Judge: Hon. Dale A. Drozd |
| OMAR MENDEZ-GARCIA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, ROSS PEARSON, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Omar Mendoza-Garcia, that the status conference scheduled for June 12, 2017 may be continued to June 19, 2017, or the soonest date thereafter convenient to the court.

A fast track plea offer has been extended to Mendoza-Garcia and the pre-plea Advisory Guideline Presentence Investigation Report (PSR) has been completed. Mendoza-Garcia intends to enter the agreement; however, defense counsel believes the guideline calculations contained in the PSR are not correct. This continuance is requested to allow additional time to resolve any disagreements regarding the guideline calculations.

///

///

1

The parties agree that the delay resulting from this request shall be excluded in the interests of justice and for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: June 8, 2017        By: /s/ *Ross Pearson*
ROSS PEARSON
Assistant U.S. Attorney
Attorneys for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: June 8, 2017        By: /s/ *Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorneys for Defendant
OMAR MENDEZ-GARCIA

### **ORDER**

The Court has reviewed and considered the stipulation of the parties to continue the status conference in this case. Good cause appearing, the status conference as to the above named defendant currently scheduled for June 12, 2017, is continued until June 19, 2017, at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd. The time period between June 12, 2017 and June 19, 2017 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **June 8, 2017**

UNITED STATES DISTRICT JUDGE